**SHA-1 Hash:** B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E        **Title**   Pretty Back Door Baby
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 173.10.154.242 | 6/23/2012 3:56 | Washington | DC | Comcast Business Communications | BitTorrent |
| 2 | 68.33.152.95 | 5/26/2012 3:05 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.49.6.98 | 5/29/2012 22:57 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 69.255.251.233 | 5/11/2012 18:56 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 98.204.52.42 | 6/24/2012 18:34 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 98.204.59.176 | 5/17/2012 0:15 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 98.218.254.179 | 5/19/2012 14:04 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 66.44.35.121 | 5/13/2012 0:45 | Washington | DC | RCN Corporation | BitTorrent |
| 9 | 108.56.215.236 | 5/23/2012 4:36 | Washington | DC | Verizon Internet Services | BitTorrent |
| 10 | 72.83.41.72 | 5/10/2012 0:00 | Washington | DC | Verizon Internet Services | BitTorrent |
| 11 | 74.96.10.147 | 5/18/2012 21:59 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC21