UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>DOES 1–11,<br><br>   *Defendants*. | Civil Action No. 12-1118 (ESH) |

## ORDER

It is hereby **ORDERED** that, by August 13, 2012, plaintiff shall:

A) Notify the Court of whether it has served any subpoenas pursuant to the Court's July 9, 2012 Order [Dkt. No. 5] and, if so, on which ISPs and when.

B) Notify the Court of whether any ISPs served with subpoenas have responded to them.

C) Notify the Court of whether it has served any Doe defendants, which plaintiff shall identify by IP address only.

D) Provide the factual basis for its assertions that venue is proper under 28 U.S.C. § 1400(a), that this Court has personal jurisdiction over each Doe defendant, and that Doe defendants are properly joined in this action.  *See, e.g.*, *Malibu Media, LLC v. John Does 1–54*, No. 12–cv–1407–WJM, 2012 WL 3030302, at *3–5 (D. Colo. July 25, 2012); *Bubble Gum Productions, LLC v. Does 1–80*, No. 12-20367-CIV, 2012 WL 2953309, at *3–5 (S.D. Fla. July 19, 2012); *Malibu Media, LLC v. John Does 1 through 10*, No. 2:12-cv-3623-ODW, 2012 U.S. Dist. LEXIS 89286, at *7–9 (C.D. Cal. June 27, 2102); *Nu Image, Inc. v. Does 1–23,322*, 799 F. Supp. 2d 34, 37–42 (D.D.C. 2011).

                /s/
              ELLEN SEGAL HUVELLE
              United States District Judge

Date:   August 2, 2012