UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MALIBU MEDIA, LLC,**

        *Plaintiff*,

    v.                            Civil Action No. 12-1118 (ESH)

**DOES 1–11,**

        *Defendants*.

## ORDER

Upon consideration of Doe 7's Motion to Dismiss or Sever for Misjoinder (Aug. 23, 2012 [Dkt. No. 9]) and plaintiff's opposition (September 6, 2012 [Dkt. No. 12]), and for the reasons stated in the accompanying Memorandum Opinion (September 28, 2012 [Dkt. No. 13]), it is hereby

**ORDERED** that Doe 7's Motion is **GRANTED**; and it is further

**ORDERED** that Does 2–11 are dismissed from this action without prejudice; and it is further

**ORDERED** that plaintiff shall serve a copy of this Order and of the accompanying Memorandum Opinion (September 28, 2012 [Dkt. No. 13]) on all of Does 2–11 for which plaintiff has identifying information, in order to inform them that they have been dismissed from this action without prejudice; and it is further

**ORDERED** that, because Does 2–11 are no longer defendants in this action, any subpoenas issued to their ISPs are hereby **QUASHED**; and it is further

**ORDERED** that plaintiff shall serve a copy of this Order and of the accompanying

Memorandum Opinion (September 28, 2012 [Dkt. No. 13]) on the ISPs of Does 2–11.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   September 28, 2012