# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MALIBU MEDIA, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-01118 (ESH) |
| | ) | |
| **JOHN DOE 1,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 1 [ECF. No. 15], it is hereby **ORDERED** that the above-captioned case be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(B).

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: November 9, 2012